UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

PAULA ORTIZ, on behalf of herself and all others similarly situated, )
)
)
Plaintiff, )
)
v. ) Case No.
Thompson Coburn LLP and Presbyterian Healthcare Services, )
)
)
Defendant, )
)

**ORIGINAL FILING FORM**

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐ THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____ AND ASSIGNED TO THE HONORABLE JUDGE _____.

☒ THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT. THE RELATED CASE NUMBER IS 4:24-cv-1509 & 4:24-cv-1513 AND THAT CASE WAS ASSIGNED TO THE HONORABLE Not Assigned Yet. THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☐ NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 11/14/2024                     /s/ Andrew J. Shamis
                                     Signature of Filing Party